Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW SCOTT PARSONS, a/k/a Scott Parsons,<br><br>Respondent. | No. MC11-5003-BHS<br><br>ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT ISSUE AN ORDER OF CIVIL CONTEMPT |

Upon Petition of the United States, and good cause appearing, the Court having reviewed Respondent's response, now therefore,

HEREBY ORDERS that Respondent, Matthew Scott Parsons, shall appear before this Court at the United States Courthouse, 1717 Pacific Avenue, **Courtroom E**, Tacoma, Washington, on August 20, 2012, at 2:30 p.m., and show cause, if any he has, why he should not be held in contempt of this Court for failure to comply with a August 25, 2010, U.S. State Department Office of Inspector General Subpoena ("IG Subpoena"), as directed by Order of this Court entered in this case on May 10, 2011.

**RESPONDENT, MATTHEW SCOTT PARSONS, IS HEREBY NOTIFIED THAT IF HE FAILS TO APPEAR AND SHOW CAUSE, AS HEREIN DIRECTED, A BENCH WARRANT SHALL BE ISSUED FOR HIS ARREST FOR CONTEMPT OF COURT**.

ORDER REQUIRING RESPONDENT TO SHOW CAUSE
REGARDING CONTEMPT OF COURT - 1
(MC11-5003-BHS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

The United States Marshal shall serve a copy of the United States' Petition for an Order to Show Cause and this Order upon Respondent, Matthew Scott Parsons, and file with the Clerk an appropriate return.

DATED this 17th day of July, 2012.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:

 s/ David R. East
DAVID R. EAST, WSBA #31481
Assistant United States Attorney, for
HAROLD MALKIN, WSBA #30986
Assistant United States Attorney

ORDER REQUIRING RESPONDENT TO SHOW CAUSE
REGARDING CONTEMPT OF COURT - 2
(MC11-5003-BHS)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970